Johanna Gallivan and Gerald J. Gallivan, executors of last will and testament of Thomas J. Gallivan, deceased, appellees, v. Chester & O'Byrne Transfer Company, appellant. Gen. No. 7,772.
Action for personal injuries sustained in collision with taxicab. Judgment for plaintiffs. Appeal from the Circuit Court of Champaign county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 6, 1925.
Dobbins & Dobbins and Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. F. M. Green and Oris Barth, for appellees.
Mr. Justice Niehaus delivered the opinion of the court.

Belle La Fountain, administratrix, and William La Fountain, administrator of the estate of Louis La Fountain, deceased, appellees, v. Lake Erie & Western Railroad Company, appellant. Gen. No. 7,785.
Action to recover damages for wrongful death. Judgment for plaintiffs. Appeal from the Circuit Court of Ford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.
F. M. Thompson, for appellant. Schneider & Schneider, for appellees.
Mr. Justice Niehaus delivered the opinion of the court.

Kewanee Securities Company, appellee, v. Augusta M. Glawe and Elmer H. Glawe, appellants. Gen. No. 7,791.
Motion to open judgment by confession and for leave to plead defense. Motion denied. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded with directions. Opinion filed March 6, 1925.
Edward M. Burst, Thomas M. Cliffe, W. K. Whitfield, Jesse L. Deck and W. Thomas Coleman, for appellants. Wiley & Morey, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

W. W. Watts et al., appellees, v. The Moving Picture Machine Operators, etc., et al., appellants. Gen. No. 7,796.
Bill to enjoin picketing of moving picture theater. Decree for complainants. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925. Certiorari denied by Supreme Court (making opinion final).
A. W. Kerr and Robert H. Patton, for appellants. William L. Patton and Barber & Barber, for appellees.
Mr. Justice Niehaus delivered the opinion of the court.

H. A. Kohler et al., appellants, v. George Boomgarden, appellee. Gen. No. 7,812.
Action on promissory notes. Judgment for defendant. Appeal from the Circuit Court of Ford county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 6, 1925.
M. H. Scott and F. M. Thompson, for appellants. Schneider & Schneider, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.